# Court of Appeals
# of the State of Georgia

ATLANTA,  May 06, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0322.  ERIC SHEPHERD v. THE STATE.**

In 2000, Eric Shepherd pled guilty to several offenses, including child molestation.  He was sentenced to 30 years, with 8 years to serve in confinement.  In April 2013, the trial court revoked three years of his probation.  Shepherd filed a "motion to reconsider," which the court denied on January 16, 2014.  Shepherd then filed this application for discretionary review.[1]

A discretionary application must be filed within 30 days of entry of the trial court's order.  OCGA § 5-6-35 (d).  "The requirements of OCGA § 5-6-35 are jurisdictional and this [C]ourt cannot accept an application for appeal not made in compliance therewith."  *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Here, Shepherd filed his application on April 7, 2014, so it is untimely as to both the April 2013, order revoking his probation and the January 16, 2014, order denying his "motion to reconsider."

On April 8, 2014, Shepherd filed a motion acknowledging the untimeliness of his application and requesting permission to proceed out-of-time.  We are unable to grant his request.  Although this Court is authorized to grant an extension of time for the filing of an application for discretionary appeal, requests for extensions must be filed "on or before the due date of the discretionary application."  Court of Appeals Rule 31 (g).  Otherwise, we lack the authority to grant the request.  See *Gable v.*

---

[1] Before he filed this application, Shepherd filed a direct appeal.  That appeal was dismissed based on Shepherd's failure to follow the discretionary appeal procedures.  See Case No. A14A1065, Order of March 11, 2014.

*State*, 290 Ga. 81, 85 (2) (a) (720 SE2d 170) (2011); OCGA § 5-6-39 (d).

For these reasons, Shepherd's motion is hereby DENIED and his application is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 05/06/2014
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*